IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

State Court Case No.: 2023-CA-000648

NANCY E. SANFORD

    Plaintiff,

v.

THE STANDARD FIRE
INSURANCE COMPANY,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**

TO THE CLERK OF THE ABOVE-STYLED COURT:

Defendant, The Standard Fire Insurance Company ("Standard Fire"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Local Rule 1.06, hereby removes this action styled *Nancy E. Sanford v. The Standard Fire Insurance Company*, designated case number 2023-CA-000648, from the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, where the action is now pending, to the United States District Court for

the Middle District of Florida, Tampa Division. In support of removal and pursuant to 28 U.S.C. § 1446, Standard Fire states the following:

1. On May 25, 2023, Nancy E. Sanford ("Plaintiff") filed a Complaint against Standard Fire alleging a claim for breach of an insurance contract for uninsured/underinsured motorist benefits regarding alleged injuries that Plaintiff suffered as a result of a motor vehicle accident occurring on July 14, 2022. *See* attached Exhibit "A".

2. It should be noted that Brian M. Sanford, Plaintiff's husband who was Plaintiff's passenger the involved vehicle, has filed a separate and effectively identical action for this incident, *Brian M. Sanford v. The Standard Fire Insurance Company*, designated case number 2023-CA-000647, and also in the Fifth Judicial Circuit in and for Sumter County, Florida, for which Defendant will also seek removal.

3. On May 31, 2023, Service of Process was made upon and accepted by Standard Fire. *See* attached Exhibit "B".

4. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed within (30) days of Standard's Fire's receipt of Plaintiff's Summons and Complaint.

**5.** Standard Fire is a foreign profit corporation and citizen of Connecticut doing business in the state of Florida. *See* attached Exhibit "C".

**6.** Based on facts alleged in Plaintiff's Complaint, at all times material, Plaintiff was and is Florida citizen, residing in Sumter County, Florida. *See* Paragraph 2 of attached Exhibit "A".

**7.** Pursuant to 28 U.S.C. § 1332(a)(1), because Plaintiff is a resident of Florida and Standard Fire is a resident of Connecticut, complete diversity of citizenship exists between the parties.

**8.** Pursuant to 28 U.S.C. § 1332(a), Standard Fire asserts that this court has jurisdiction because the amount in controversy exceeds $75,000.00 exclusive of interest and costs for the following reasons:

**(a)** The policy sued upon (OCBN71-992777645-203-1) has uninsured/underinsured coverage limits of $100,000 each person/ $300,000 each accident. *See* attached Exhibit "D"; and

**(b)** On November 8, 2022, Plaintiff, through her counsel, made a presuit demand for policy limits, evincing $7,439.00 in past medical expenses, and indicating that Plaintiff signed a surgical consent form for physician-recommended invasive surgical procedures purportedly

totaling an estimated $98,800.00 for surgeon's fees, hospital fees, and cost of anesthesia alone. *See* attached Exhibit "E".

9. Pursuant to 28 U.S.C. § 1446(d), Notice to the Clerk of Court for the Fifth Judicial Circuit in and for Sumter County, Florida, as well as Notice to Plaintiff, will be filed concurrently with this Notice.

10. For the forgoing reasons and pursuant to 28 U.S.C. § 1441(a), Standard Fire maintains a right to remove this action from the Circuit Court of the Fifth Judicial Circuit, in and for Sumter County Florida, where this action is now pending, to the united States District Court for the Middle District of Florida, Tampa Division, which embraces the place where this action is pending.

11. Pursuant to 28 U.S.C. § 1446(a), a complete copy of all process, pleadings, and orders served upon Defendant which are not already included as Exhibits in this Notice are included as an attachment. *See* attached Exhibit "F".

> Respectfully submitted,
> /s/ Sean M. Conahan
> **Sean M. Conahan**
> Fla. Bar No.: 0468878
> **Melissa M. Deegan**
> Fla. Bar No.: 1031215
> **SHELTON | MCKEAN**

>9700 9th Street North
>St. Petersburg, FL  33702
>Phone No.: (727) 316-6330
>sconahan@sheltonmckean.com
>service-sconahan@sheltonmckean.com
>mdeegan@sheltonmckean.com
>mpapp@sheltonmckean.com
>**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system.

>/s/ Sean M. Conahan
>**Sean M. Conahan**
>Fla. Bar No.: 0468878
>**Melissa M. Deegan**
>Fla. Bar No.: 1031215
>**SHELTON | MCKEAN**
>9700 9th Street North
>St. Petersburg, FL  33702
>Phone No.: (727) 316-6330
>sconahan@sheltonmckean.com
>service-sconahan@sheltonmckean.com
>mdeegan@sheltonmckean.com
>mpapp@sheltonmckean.com
>**Attorneys for Defendant**